**No. 67606.**—Lyons Transport v. United States, protest 61/4458–11799 (Chicago).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon tennis strings similar in all material respects to those the subject of Abstract 61832, the claim of the plaintiff was sustained.

**No. 67607.**—J. J. Newberry Co. v. United States, protest 62/14068 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of cotton flannel sport shirts, not composed in any part of tuckings, the claim of the plaintiff was sustained.

**No. 67608.**—Banner Hardware Company and Koeller-Struss Company v. United States, protest 61/9238 (St. Louis).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of vises, in chief value of metal, similar in all material respects to those the subject of Abstract 59420, the claim of the plaintiffs was sustained.